**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**
------------------------------------------------------------x

IVY & WILLIAM GOODWIN,

        Plaintiffs,

    -against-

ROSEANN PALIOTTA, PAUL PALIOTTA, RAC
REALTY ADVISORS, FORECLOSURE
SOLUTIONS, RPGROUP INC., SHARON
ROLLACK-PAYNE, HOCHBAUM WEISS,
BARRY C. WEISS, ARGENT MORTGAGE CO.
LLC,

        Defendants.

------------------------------------------------------------x

Index No. 07CV11048
(LAP)(GWG)

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that the above entitled action is hereby dismissed without prejudice, pursuant to RULE 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       December 13, 2007

                        **KOEHLER & ISAACS LLP**
                        Attorneys for Plaintiffs
                        61 Broadway, 25th Floor
                        New York, NY 10006
                        917 551 1353

                        By: _____/s_____
                           **MATHEW PAULOSE JR., ESQ. (MP6002)**