UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------x

IVY & WILLIAM GOODWIN,

        Plaintiffs,

-against-

ROSEANN PALIOTTA, PAUL PALIOTTA, RAC
REALTY ADVISORS, FORECLOSURE
SOLUTIONS, RPGROUP INC., SHARON
ROLLACK-PAYNE, HOCHBAUM WEISS,
BARRY C. WEISS, ARGENT MORTGAGE CO.
LLC,

        Defendants.

-------------------------------------------------------------x

Index No. 07CV11048
(LAP)(GWG)

NOTICE OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

    PLEASE TAKE NOTICE that the above entitled action is hereby dismissed without prejudice, pursuant to RULE 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
December 13, 2007

KOEHLER & ISAACS LLP
Attorneys for Plaintiffs
61 Broadway, 25th Floor
New York, NY 10006
917 551 1353

/s/ _____
MATHEW PAULOSE JR., ESQ. (MP6002)

*Handwritten order:* The Clerk of the Court shall mark this action closed and all pending motions denied as moot. So ordered. Loretta A. Preska USDJ. January 12, 2008